**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| JERMON RODRIGUEZ CLARK, #04709078 | § | |
| VS. | § | CIVIL ACTION NO. 2:01cv41 |
| | | CRIMINAL ACTION NO. 2:94cr1-3 |
| UNITED STATES OF AMERICA | § | |

ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner Jermon Rodriguez Clark, an inmate confined in the federal prison system and proceeding *pro se*, filed a motion for certificate of appealability.  The Court referred the motion to United States Magistrate Judge Caroline M. Craven.  The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact and recommendations for disposition of the motion.  No objections were filed.

This Court finds that the Magistrate Judge's findings and conclusions are correct, and adopts them as the Court's findings and conclusions.  The Court therefore

**ORDERS** that Petitioner's motion for a certificate of appealability is **DENIED**; and

**ORDERS** that all motions not previously ruled on are denied.

SIGNED this 23rd day of March, 2006.

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE